AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
F I L E D

OCT 1 0 2019

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| SILVANO VILLANUEVA JR. | ) | |
| JAIME JESUS VAZQUEZ | ) | H19 - 1910M |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___9/4/19 through 10/10/19___ in the county of ___Harris___ in the
___Southern___ District of ___Texas___, the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 841 (a)(1), 841(b)(1)(A)(ii), and 846 | Conspiracy to possess with the intent to distribute a controlled substance, namely, 5 kilograms or more of cocaine. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Patricia Trevino, Special Agent, DEA
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___10-10-19___

_____
_Judge's signature_

City and state: ___Houston, Texas___

Nancy K. Johnson, U.S. Magistrate Judge
_Printed name and title_

Attachment A

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Patricia Trevino, being duly sworn, depose and state the following:

I am a Special Agent with the Drug Enforcement Administration, United States Department of Justice, and as such I am empowered under Title 21, United States Code, Section 878, to enforce Title 21 and other criminal laws of the United States, to make arrests and obtain and execute search, seizure, and arrest warrants. I am currently employed with the United States Drug Enforcement Administration (DEA), and have been so employed for the past nineteen (19) years. I am currently assigned to the DEA Houston Field Division, and have been assigned there for approximately 19 years. In connection with my official duties, I investigate criminal and civil violations of the Controlled Substances Act. I have received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. In connection with my duties and responsibilities as a law enforcement officer, I have frequently testified in judicial proceedings for violations of laws concerning controlled substances. I have participated in numerous drug trafficking investigations, including investigations that have resulted in felony arrests for violations of Title 21 of the United States Code. I have been involved in various types of electronic surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from controlled substance trafficking.

I am making this affidavit in support of a Criminal Complaint to be presented to the United States District Court, Southern District of Texas, establishing probable cause for the arrest of **Silvano VILLANUEVA JR.** and **Jaime VAZQUEZ.** This criminal complaint charges that **Silvano VILLANUEVA JR.** and **Jaime VAZQUEZ** conspired with others to possess with the intent to distribute cocaine in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii) and 846. I base the information outlined in this affidavit on personal observations and knowledge, information related to me by other sworn agents, law enforcement officers, and a Confidential Source (CS), and my training and experience in the investigation of narcotics trafficking. Based on the Affiant's experience, the CS has previously provided reliable information resulting in seizures of narcotics and arrests. The facts set forth in this affidavit are not the only facts known to your affiant, they are only facts set forth by your affiant for the limited purpose of establishing probable cause for arrest.

Affiant along with other members of DEA OCDETF group D45 have been conducting an investigation into the drug trafficking activities of **Silvano VILLANUEVA**. On or about September 4, 2019 into the early morning hours of September 5, 2019, agents received information from a CS that the CS traveled via bus to Harlingen and McAllen, TX for a series of meetings with a person known to the CS by name and sight as **Silvano**, later identified as **Silvano VILLANUEVA JR.,** in furtherance of getting a tractor-trailer registered and put into service to move loads of cocaine from the valley north to Houston. **VILLANUEVA** also told the CS that he sends cocaine to North Carolina, Atlanta and Ohio.

Also on September 4, 2019, the CS received a wire transfer from **Silvano VILLANUEVA JR.** as

payment for the trip down to McAllen and Harlingen. The wire transfer documents contained identifying information for **VILLANUEVA**. Agents ran the information through law enforcement databases to confirm **VILLANUEVA'S** identity. Agents also showed photographs of **Silvano VILLANUEVA JR.** to the CS, who the CS identified as the same person he/she knows as **Silvano**.

The CS stated that while he/she was in McAllen, Texas meeting with **VILLANUEVA**, he told the CS that he had acquired a tractor-trailer that the CS would utilize. **VILLANUEVA** told the CS to register the tractor-trailer in the CS's name. **VILLANUEVA** assisted in getting the tractor-trailer ready for transport by conducting general maintenance, including changing the tires, and applying new logos and paint.

On or about September 12, 2019 the CS provided the following TX Tag #094C-330, which the CS stated he/she would re-register in his/her name. The CS provided that the tractor plate would be a new issuance. The CS stated that the tractor was a 2010 burgundy Freightliner and that the company name they would be using on the truck's paperwork and logo was BLESSED 7'S TRANSPORT SERVICES LLC, 1806 Liz Drive, Mission, TX 78574. On September 13, 2019 the CS provided the new license plate for the tractor-trailer of R432270.

Between September 10th and September 13th 2019 the CS and **VILLANUEVA** had conversations about approximately 42 kilograms of cocaine that needed to be delivered to customers in Houston, Atlanta, Ohio or North Carolina. **VILLANUEVA** stated that perhaps a second load would be ready prior to the CS's departure. **VILLANUEVA** stated to the CS that he is not supposed to send two loads at a time but asked if the CS would take both if it were possible. The CS stated that he/she would take whatever was available as he/she needed to earn money.

On September 16, 2019 the CS received two duffel bags, containing what **VILLANUEVA** told him/her was 35 kilograms of cocaine, from **VILLANUEVA.** The CS was told by **VILLANUEVA** that he/she would be delivering the narcotics to someone in Atlanta and that the CS would receive more information while en route. The CS drove to the area of 23rd and Produce Road, Hidalgo, Texas to pick up the legitimate load of broccoli that **VILLANUEVA** had previously arranged as a cover. After picking up the narcotics and broccoli, the CS notified **VILLANUEVA** that he/she would continue driving north to deliver the narcotics to Atlanta as arranged.

Shortly thereafter, DEA McAllen Agents took possession of the cocaine. Upon inspection of the cocaine, Agents saw it was marked with triple 7's matching the logos and trucking company name of Blessed 7's Transport Services that was on the tractor-trailer driven by the CS. The gross weight of the cocaine was approximately 45.3 kilograms. The substance field tested positive for cocaine.

The CS received seizure documentation regarding the seizure of the cocaine by law enforcement. The CS continued to drive the tractor-trailer all the way to Houston, Texas. The CS spoke to **VILLANUEVA** over the phone on September 17, 2019 and told him that the CS was stopped at a checkpoint and that law enforcement seized the cocaine. On September 18, 2019 the CS met with **VILLANUEVA** at a Love's Travel Stop at 612 Pederson, Katy, Texas to return the tractor-trailer to him. During the meeting the CS provided **VILLANUEVA** with the original documentation of the seizure of the 45.3 kilograms of cocaine the CS had been transporting for **VILLANUEVA**.

Affiant and other agents conducted surveillance in the parking lot of the Love's Travel Stop. During that time, another man, later identified as **Jaime VAZQUEZ**, was seen in a vehicle outside the Travel Stop directly in front of the store. After meeting with the CS, **VILLANUEVA** left the travel stop and went directly to the car where **VAZQUEZ** was waiting. **VILLANUEVA** got into the car with **VAZQUEZ.**. The two drove behind the travel stop to where the tractor-trailer was parked. Agents observed **VAZQUEZ** and **VILLANUEVA** meeting with what appeared to be a mechanic discussing the tractor-trailer.

Agents conducting surveillance at the Love's Travel Stop were able to recognize **VILLANUEVA** as the same person identified previously as **SILVANO VILLANUEVA JR**.

Between September 18, 2019 and October 10, 2019 phone conversations between the CS and **VILLANUEVA** mentioned another man known as "The Dallas Guy" numerous times. During the conversations between **VILLANUEVA** and the CS, **VILLANUEVA** stated that "The Dallas Guy" wanted to meet with the CS face to face to discuss the seizure documentation the CS provided to **VILLANUEVA** on September 18, 2019 at the Love's Travel Stop.

During a phone call on September 29, 2019 between **VILLANUEVA** and the CS, **VILLANUEVA** put "The Dallas Guy" on the phone. The CS and "The Dallas Guy" had a conversation where "The Dallas Guy" stated that the CS was making them look bad, that it has been more than 10 days, and that they all need to meet.

On October 10, 2019, the CS arranged a meeting with "The Dallas Guy" and **VILLANUEVA** at a McDonalds located at 2801 Highway 59 North, Rosenberg, Texas to take place at 12:30 pm. Agents arrived at the McDonalds at approximately 12:15 pm and established surveillance at the location. At approximately 1:09 pm agents observed a black Toyota Camry with Texas Temporary Tag 50418R8 pull into the parking lot occupied by two males. Agents ran the tag number and observed that it returned to **VILLANUEVA**. **VILLANUEVA** exited the Camry to go into the McDonalds. The driver of the vehicle circled the parking lot several times. Agents conducting surveillance were able to confirm that the same man seen at the Love's Travel Stop on September 18, 2019, identified as **VAZQUEZ**, was the driver of the black Toyota Camry.

At approximately 1:12 pm **VILLANUEVA** called the CS and told the CS that he was there at the McDonalds and was alone. The CS told **VILLANUEVA** that he/she is not coming unless the guy from Dallas is there. Agents conducting surveillance watched as **VILLANUEVA** exited the McDonalds and got back into the Toyota Camry. Shortly thereafter, VILLANUEVA exited the Camry and then returned to the front of the McDonalds. The CS then called **VILLANUEVA** and said he/she just drove by, the CS knows the guy is there, and that the CS wanted to talk to him. Agents watched as **VILLANUEVA** then re-entered the Toyota Camry and another voice, ultimately identified as **VAZQUEZ,** got on the phone.

During the recorded conversation with the CS, **VAZQUEZ** asked the CS why the CS was scared to meet them. **VAZQUEZ** then told the CS that he saw the paperwork. **VAZQUEZ** asked the CS why he/she is hiding. **VAZQUEZ** stated that they are not there to kidnap the CS and asked the CS to come meet them. During the conversation **VAZQUEZ** asked the CS to explain to him exactly what happened. In Affiant's experience with this investigation, the subject of the meeting

was for the CS to explain the circumstances surrounding the seizure of cocaine on September 16, 2019.

After the phone call, Affiant and other agents from DEA Houston Field Division detained both **Silvano VILLANUEVA JR**. and **Jaime VAZQUEZ**.  Authorities identified **Jaime VAZQUEZ** with his Texas Driver's License he provided and **Silvano VILLANUEVA JR.** was also identified with his Texas Driver's License.

Based on the foregoing, your affiant respectfully submits that probable cause exists to believe that **Silvano VILLANUEVA JR**. and **Jaime VAZQUEZ** have committed a violation of Title 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A)(ii), and 846, specifically, conspiracy to possess with intent to distribute cocaine, a Schedule II Controlled Substance.

Patricia Trevino
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me on this ____10____ day of October 2019, and I hereby find probable cause.

Nancy K. Johnson
United States Magistrate
Southern District of Texas